IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC,<br>    Plaintiff,<br><br>v.<br><br>HTC CORPORATION, et al.,<br>    Defendants. | **Civil Action No. 6:16-cv-363**<br><br>**CONSOLIDATED LEAD CASE**<br>SEVERED TO CIVIL ACTION 6:17CV590 |
| CELLULAR COMMUNICATIONS EQUIPMENT LLC,<br>    Plaintiff,<br><br>v.<br><br>ZTE CORPORATION, et al.,<br>    Defendants. | **Civil Action No. 6:16-cv-375**<br>SEVERED TO CIVIL ACTION 6:17CV592 |

**ORDER GRANTING MOTION TO SEVER AND STAY
CLAIMS AGAINST THE CARRIER DEFENDANTS**

Plaintiff Cellular Communications Equipment LLC ("CCE") and Defendants AT&T Mobility LLC, Cellco Partnership d/b/a Verizon Wireless, Sprint Solutions, Inc., Sprint Spectrum L.P., Boost Mobile, LLC, T-Mobile USA, Inc., and T-Mobile US, Inc. (collectively, the "Carrier Defendants") moved jointly to sever and stay CCE's claims against the Carrier Defendants in Civil Action Nos. 6:16-cv-363 and 6:16-cv-375 (the "363/375 Actions") so that CCE can proceed on its claims against the Manufacturer Defendants, HTC Corporation and HTC America Inc. (together, "HTC"), and ZTE (USA), Inc. ("ZTE").  The Court hereby ORDERS:

CCE's claims against the Carrier Defendants in the 363/375 Actions are hereby SEVERED and STAYED.

So ORDERED and SIGNED this 18th day of October, 2017.

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE