IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC,<br><br>v.<br><br>AT&T MOBILITY LLC., et al., | CIVIL ACTION NO. 6:17-cv-590 |
| CELLULAR COMMUNICATIONS EQUIPMENT LLC,<br><br>v.<br><br>AT&T MOBILITY LLC., et al., | CIVIL ACTION NO. 6:17-cv-592 |

## ORDER

The Court granted the Parties Joint Motion to Sever, Case No. 6:16-cv-363, Doc. No. 32, which resulted in the above-styled cases. The Clerk shall waive payment of a filing fee for the severed cases.

It is **ORDERED** that the Clerk shall **ADMINISTRATIVELY CLOSE** the above-styled cases pending related trials against the Manufacturer Defendants in Case No. 6:16-cv-363. Any party may request that the Court lift the stay once the pending related trails have concluded.

So ORDERED and SIGNED this 18th day of October, 2017.

_K. Nicole Mitchell_
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE

1