**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **CELLULAR COMMUNICATIONS EQUIPMENT LLC,**<br><br>       Plaintiff,<br><br>v.<br><br>**AT&T MOBILITY, LLC, ET AL.,**<br><br>       Defendants. | **Civil Action No. 6:17-cv-00590-KNM**<br>**JURY TRIAL DEMANDED** |

**ORDER OF DISMISSAL**

Before the Court is the Joint Stipulation of Dismissal of AT&T Mobility LLC, Cellco Partnership d/b/a Verizon Wireless, Sprint Solutions, Inc., Sprint Spectrum L.P., Boost Mobile, LLC, T-Mobile USA, Inc., and T-Mobile US, Inc. (collectively, the "Carrier Defendants") pertaining to Civil Action No. 6:16-cv-590. Having considered the Joint Stipulation of Dismissal, and finding that good cause exists for granting it, the Court is of the opinion that the Joint Stipulation of Dismissal should be, in all respects, GRANTED.

IT IS THEREFORE ORDERED that CCE's claims against the Carrier Defendants are dismissed WITH PREJUDICE solely to the extent those claims for relief asserted therein involve the manufacture, use, offer for sale, sale, and/or importation of products manufactured by or for HTC Corporation and HTC America, Inc. (together, "HTC") that are the subject of the settlement agreement between CCE and HTC.

So ORDERED and SIGNED this 10th day of July, 2018.

_K. Nicole Mitchell_
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE